**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

HERITAGE FOUNDATION, *et al.*,

          Plaintiffs,

   v.

UNITED STATES DEPARTMENT OF
JUSTICE,

          Defendant.

Case No. 1:24-cv-200-RBW

**RESPONSE TO COURT ORDER REQUIRING REDACTED VERSION
OF *EX PARTE* DECLARATION**

On June 12, 2024, the Court granted Defendant's motion for an extension of time and granted Defendant's motion to file a supporting declaration *ex parte*. *See* Minute Order (June 12, 2024). The Court also ordered Defendant to "shall file a redacted copy of its *ex parte* declaration on the public docket, redacting only the information that should be shielded from public view." *Id.*

Pursuant to the Court's order, Defendant is enclosing a redacted version of the *ex parte* declaration previously filed.

Date:   June 21, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ *Jason C. Lynch*
JASON C. LYNCH (D.C. Bar No. 1016319)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 514-1359

1

Email: Jason.Lynch@usdoj.gov

*Counsel for Defendant*

2