IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HERITAGE FOUNDATION, *et al.*,

     Plaintiffs,

         v.

UNITED STATES DEPARTMENT OF
JUSTICE,

     Defendant.

Case No. 1:24-cv-200-RBW

### *EX PARTE* DECLARATION OF BOBAK TALEBIAN

I, Bobak Talebian, declare the following to be true and correct:

1. I am Director of the Office of Information Policy ("OIP"), United States Department of Justice ("DOJ" or "the Department"). In this capacity, I am responsible for managing the Department's responsibilities related to the Freedom of Information Act ("FOIA"), including responding to initial FOIA requests made to the Department's senior leadership offices, adjudicating all appeals from denials under the FOIA by any Department component, developing FOIA policy guidance for all Executive Branch agencies, providing legal counsel and training to agency personnel on the procedural and substantive aspects of the FOIA, and for overseeing agency compliance with the law. Prior to becoming Director, I served as Acting Director of OIP from October 2019 through February 2020, Acting Chief of Staff of OIP from August 2019 through October 2019, Chief of OIP's FOIA Compliance Staff from May 2013

through August 2019, and as an Attorney Advisor on the Appeals Staff from June 2010 through May 2013.

2. I make the statements herein on the basis of personal knowledge, including direct communications with ███████████████████████, as well as ███████████████ ████████████████.

3. ██████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████
████████████████.

4. Prior to the filing of the Department's Motion for Two-Week Extension of Time to Move for Summary Judgment, ECF No. 15, █████████████████████
████████████████████████████████████
███████████.

5. ██████████████████████████████
████████████████████████████████████
█████████████████.

6. ██████████████████████████
████████████████████████████████████
████████████████████████████████



███████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████████████

█████████████████████████████████████

7.      OIP is unable to complete a Declaration to accompany the Department's Motion for Summary Judgment without ██████████████████████████████████

███████████████████████████████████████████████████████

█████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████.

8.      Accordingly, OIP is unable to █████████████████████████

███████████████████████████████████████████████████████

███████████████████████████.

9.      I make this *Ex Parte* Declaration to █████████████████████████████ space and privacy ████████.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Bobak Talebian
Director, Office of Information Policy

Executed this 11th of June, 2024.