**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HERITAGE FOUNDATION, *et al.*,<br><br>               Plaintiffs,<br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br><br>               Defendant. | Case No. 1:24-cv-200-RBW |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' STATEMENT
OF UNDISPUTED MATERIAL FACTS**

On July 29, 2024, Plaintiffs moved for summary judgment on the adequacy of Defendant's search and the validity of its withholdings under the Freedom of Information Act. *See* ECF No. 25. In support of that motion, Plaintiffs offered a statement of undisputed material facts. *See* ECF No. 25-1 at 4. Pursuant to Local Civil Rule 7(h)(1), Defendant hereby offers a response to the three facts in that statement.

**RESPONSE TO PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS**

1.     Undisputed but immaterial. The Parties' meet-and-confer history is irrelevant to the adequacy of the agency's search or the validity of its withholdings.

2.     Undisputed.

3.     Undisputed but immaterial. It is well established that "FOIA declarants are not required to have personal knowledge of the search itself, but rather personal knowledge of the procedures used in handling a FOIA request and familiarity with the documents in question." *Montgomery v. Internal Revenue Serv.*, 40 F.4th 702, 716 (D.C. Cir. 2022) (cleaned up).


Dated:  August 9, 2024                    Respectfully submitted,

                                          BRIAN M. BOYNTON
                                          Principal Deputy Assistant Attorney General

                                          ELIZABETH J. SHAPIRO
                                          Deputy Branch Director

                                          /s/ *Jason C. Lynch*
                                          JASON C. LYNCH (D.C. Bar No. 1016319)
                                          Trial Attorney
                                          Federal Programs Branch
                                          U.S. Department of Justice, Civil Division
                                          1100 L Street, NW
                                          Washington, DC 20005
                                          Telephone: (202) 514-1359
                                          Email: Jason.Lynch@usdoj.gov

                                          *Counsel for Defendant*